Gregory P. Olson (SBN 177942)
**LAW OFFICE OF GREGORY P. OLSON**
501 W. Broadway, Suite 1370
San Diego, CA 92101
Telephone: (619) 564-3650
Email:   greg@olsonesq.com

Daniel Kotchen (*pro hac vice* in M.D. Fl.)
Daniel Low (*pro hac vice* in M.D. Fl.)
Michael von Klemperer (*pro hac vice* in M.D. Fl.)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone:  (202) 471-1995
E-mail: dlow@kotchen.com;
E-mail: dkotchen@kotchen.com;
E-mail: mvk@kotchen.com

Attorneys for Plaintiff 3B Medical, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3B MEDICAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> RESMED CORP., *et al.*, <br><br> Defendants. | S.D. Cal. CASE NO. <br> 3:16-cv-2050-AJB-JMA <br><br> M.D. Fl. CASE NO. <br> 8:15-cv-546-SDM-TBM <br><br> **PLAINTIFF 3B MEDICAL, INC.'S NOTICE MOTION AND UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL** <br><br><br> Date:   November 24, 2016 <br> Time:  2:00 p.m. <br> Dept.:  3B |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 24, 2016, at 2:00 p.m., in Courtroom 3B of the above-titled court, located at 221 West Broadway, Suite 3142, San Diego, CA 92101, Plaintiff 3B Medical, Inc. ("3B Medical") will move and hereby does move the Court for an order permitting 3B Medical to file under seal portions of its Motion to Compel Compliance With Subpoenas to Non-Party Michael Farrell and accompanying Exhibits 7-13. This motion is based on this Notice of Motion and Unopposed Motion for Leave to File Under Seal, the Memorandum of Law in support of 3B Medical's motion, the attached exhibits on file, and on such oral and documentary evidence as may be presented at the hearing on this motion. 3B Medical requests that this motion be decided without oral argument.

Pursuant to Local Rule 79.2, Plaintiff 3B Medical, Inc. ("3B Medical") hereby submits this Unopposed Motion for Leave to File Under Seal portions of Plaintiff 3B Medical's Motion to Compel Compliance With Subpoenas to Non-Party Michael Farrell and accompanying Exhibits 7-13. These records were produced in discovery by Defendant ResMed Corp. and were designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Parties' Stipulated Protective Order. ResMed consents to the filing of these materials under seal.

Dated: August 15, 2016            Respectfully submitted,

/s/Gregory P. Olson

S.D. Cal. 3:16-cv-2050-AJB-JMA
M.D. FL. 8:15-cv-546-SDM-TBM

2

3B MEDICAL, INC.'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

Gregory P. Olson (SBN 177942)
**LAW OFFICE OF GREGORY P. OLSON**
501 W. Broadway, Suite 1370
San Diego, CA 92101
Telephone: (619) 564-3650
Email:   greg@olsonesq.com

Daniel Kotchen (*pro hac vice* in M.D. Fl.) [1]
Daniel Low (*pro hac vice* in M.D. Fl.)
Michael von Klemperer
          (*pro hac vice* in M.D. Fl.)
KOTCHEN & LOW LLP
1745 Kalorama Road NW, Suite 101
Washington, D.C. 20009
(202) 471-1995
(202) 280-1128 (fax)
dkotchen@kotchen.com
dlow@kotchen.com
mvk@kotchen.com

Attorneys for Plaintiff 3B Medical, Inc.

---

[1] One or more attorneys from Kotchen & Low LLP intend to move for admission *pro hac vice* in this Court if this motion is denied.

# CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2016, I served the foregoing motion and accompanying memorandum of points and authorities on counsel for Mr. Farrell, and counsel of record in the underlying case, by email at the following addresses:

Christopher R.J. Pace
JONES DAY
Brickell World Plaza
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: 305.714.9700
Fax: 305.714.9799
E-mail: crjpace@jonesday.com

Jeffrey A. LeVee
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: 213.489.3939
Fax: 213.243.2539
Email: jlevee@jonesday.com

Edward P. Swan, Jr.
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: 858.314.1200
Fax: 858.314.1150
Email: pswan@jonesday.com

Attorneys for Michael Farrell & ResMed Corp.

Douglas Ross
David Maas
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200

Seattle, WA 98101-3045
Ph: 206-622-3150
Fax: 206-757-7135
douglassross@dwt.com
davidmaas@dwt.com

Attorneys for Defendant Apria Healthcare Group Inc.

Thomas C. Hill
William M. Sullivan Jr.
Jeetander T. Dulani
Adya S. Baker
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth St NW
Washington DC 20036-3006
Ph: 202-663-8000
Fax: 202-663-8000
thomas.hill@pillsburylaw.com
wsullivan@pillsburylaw.com
jeetander.dulani@pillsburylaw.com
adya.baker@pillsburylaw.com
Attorneys for Defendant Lincare Holdings Inc.

Christopher Lee Griffin
Florida Bar No. 0273147
Foley & Lardner, LLP
100 N Tampa Street, Suite 2700
Tampa, FL 33602
Ph: 813-229-2300
Fax: 813-221-4210
cgriffin@foley.com

Attorney for Defendant Rotech Healthcare Inc.

                /s/Gregory P. Olson
                Gregory P. Olson

             Attorney for Plaintiff 3B Medical, Inc.

S.D. Cal. 3:16-cv-2050-AJB-JMA
M.D. FL. 8:15-cv-546-SDM-TBM
3B MEDICAL, INC.'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL