Gregory P. Olson (SBN 177942)
**LAW OFFICE OF GREGORY P. OLSON**
501 W. Broadway, Suite 1370
San Diego, CA 92101
Telephone: (619) 564-3650
Email:   greg@olsonesq.com

Daniel Kotchen (*pro hac vice* in M.D. Fl.)
Daniel Low (*pro hac vice* in M.D. Fl.)
Michael von Klemperer (*pro hac vice* in M.D. Fl.)
**KOTCHEN & LOW LLP**
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
Telephone:  (202) 471-1995
E-mail: dlow@kotchen.com;
E-mail: dkotchen@kotchen.com;
E-mail: mvk@kotchen.com

Attorneys for Plaintiff 3B Medical, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3B MEDICAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> RESMED CORP., *et al.*, <br><br> Defendants. | S.D. Cal. CASE NO. <br> 3:16-cv-2050-AJB-JMA <br><br> M.D. Fl. CASE NO. <br> 8:15-cv-546-SDM-TBM <br><br> **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF 3B MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL** <br><br> Date:   November 24, 2016 <br> Time:   2:00 p.m. <br> Dept.:   3B |

# MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF 3B MEDICAL, INC.'S UNOPPOSED <u>MOTION FOR LEAVE TO FILE UNDER SEAL</u>

Pursuant to Local Rule 79.2, Plaintiff 3B Medical, Inc. ("3B Medical") hereby submits this Unopposed Motion for Leave to File Under Seal portions of Plaintiff 3B Medical's Motion to Compel Compliance With Subpoenas to Non-Party Michael Farrell and accompanying Exhibits 7-13.

Documents may be filed under seal for "good cause." *Kamakana v. City of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (holding that "[a] 'good cause' showing under Rule 26(c) will suffice to keep sealed records attached to non-dispositive motions"); *Dugan v. Lloyds TSB Bank, PCL*, No. 12-cv-02549, 2013 WL 1435223, at *1 (N.D. Cal. Apr. 9, 2013) (citing *In re Midland Nat. Life Ins. Co. Annuity Sales Practices Litig.*, 686 F.3d 1115, 1119 (9th Cir. 2012) (noting that "[o]n non-dispositive motions, a party seeking to file under seal a document produced … in discovery must establish there is 'good cause' for sealing the record."). Good cause exits to seal portions of 3B Medical's Motion to Compel and several accompanying exhibits which include information concerning Defendant ResMed Corp.'s ("ResMed") pricing strategy, contract negotiations, and revenue forecasts. These records, which were produced in discovery, were designated as "Highly Confidential – Attorneys' Eyes Only" by ResMed pursuant to the Parties' Stipulated Protective Order (Dkts. #37-1, 38) (Ex. 1).  ResMed consents to the filing of these

S.D. Cal. 3:16-cv-2050-AJB-JMA
M.D. FL. 8:15-cv-546-SDM-TBM

materials under seal. Email from K. O'Donnell to L. Tremaine (Aug. 8, 2016) (Ex. 2).

Accordingly, 3B Medical respectfully requests that the Court enter into the accompanying proposed order, and permit 3B Medical to file under seal Motion to Compel Exhibits 7-13, as well as the portions of its Motion to Compel which includes information derived from these Exhibits.

Dated: August 15, 2016                        Respectfully submitted,

/s/Gregory P. Olson
Gregory P. Olson (SBN 177942)
**LAW OFFICE OF GREGORY P. OLSON**
501 W. Broadway, Suite 1370
San Diego, CA 92101
Telephone: (619) 564-3650
Email:   greg@olsonesq.com

Daniel Kotchen (*pro hac vice* in M.D. Fl.)[1]
Daniel Low (*pro hac vice* in M.D. Fl.)
Michael von Klemperer
        (*pro hac vice* in M.D. Fl.)
KOTCHEN & LOW LLP
1745 Kalorama Road NW, Suite 101
Washington, D.C. 20009
(202) 471-1995
(202) 280-1128 (fax)
dkotchen@kotchen.com
dlow@kotchen.com
mvk@kotchen.com

Attorneys for Plaintiff 3B Medical, Inc.

---

[1] One or more attorneys from Kotchen & Low LLP intend to move for admission *pro hac vice* in this Court if 3B Medical's concurrently filed motion to transfer to the Middle District of Florida is denied.

S.D. Cal. 3:16-cv-2050-AJB-JMA
M.D. FL. 8:15-cv-546-SDM-TBM

2
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF 3B MEDICAL, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL